UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EVERBANK | Case No. 3:09-cv-00746 |
|---|---|
| Plaintiff. | |
| vs. | |
| BIJAN LAGHAEI | |
| Defendant. | |

ORDER GRANTING
DEFAULT JUDGMENT

An Application having been duly made by Plaintiff for judgment against Defendant BIJAN LAGHAEI, and the default of said Defendant having been entered for failure to answer or otherwise defend as to the complaint of Plaintiff, and it appearing that said Defendant Bijan Laghaei is not in the military service of the United States and is not an infant or incompetent person, and good cause appearing therefor,

IT IS ORDERED that a Default Judgment be entered against Defendant BIJAN LAGHAEI, and Plaintiff recover of and from Defendant BIJAN LAGHAEI as follows:

The amount of (i) $111,285.39, representing principal plus accrued interest as of April 14, 2010, (ii) together with further interest accruing at the rate of the Prime Rate published by the Wall Street Journal plus one percent (1%) per annum, (iii) together with attorney's fees in an amount equal to ten percent (10%) of the principal and interest due, which amount is $11,128.54 as of April 14, 2010, (iv) together with costs of collection, which amount is $513.05 as of April 14, 2010.

///

DATED this _____ day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Date: May 21, 2010